IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVIN ROCKNEY NORRIS,

       Plaintiff,                    No. CIV S-11-0352 GGH P

  vs.

SHASTA COUNTY, et al.,

       Defendants.           FINDINGS & RECOMMENDATIONS

_____/

       By order filed March 29, 2011, the court granted plaintiff twenty-eight days to file an amended complaint. In the March 29th order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       For the reasons given in the March 29, 2011, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

       IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file

1

written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: June 14, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

norr0352.fta